**William E. BAKER, Alias Jake Gray, Appellant,**

v.

**U. S. BOARD OF PAROLE, Appellee.**

**No. 21276.**

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1964.

William E. Baker, pro se.

Charles S. Carrere, Asst. U. S. Atty., Jacksonville, Fla., Edward F. Boardman, U. S. Atty., Middle District of Florida, for appellee.

Before JONES and GEWIN, Circuit Judges, and ESTES, District Judge.

PER CURIAM:

The district court held that this action was premature and that the court lacked jurisdiction to grant any relief. Finding ourselves likeminded, the district court's judgment is

Affirmed.

**COMPANIA DE MOTONAVES COSTA RICA, Appellant,**

v.

**L. A. CABRERA & CO., Ltd., Appellee.**

**No. 21137.**

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1964.

Rehearing Denied Dec. 7, 1964.

Herbert Wall, Miami, Fla., Wall & Roth, Miami, Fla., for appellant.

William C. Norwood, Miami, Fla., Fowler, White, Gillen, Humkey & Trenam, Miami, Fla., of counsel, for appellee.

Before JONES and GEWIN, Circuit Judges, and ESTES, District Judge.

PER CURIAM:

The questions here controverted are fact questions which were resolved by the district court. We find no error in its determination and its judgment is

Affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**NEWTON FALLS PAPER MILL, INC., Respondent.**

**No. 128, Docket 28968.**

United States Court of Appeals
Second Circuit.

Argued Oct. 29, 1964.

Decided Oct. 29, 1964.

Anthony J. Obadal, National Labor Relations Board, Washington, D. C. (Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Assistant General Counsel, and Warren M. Davison, National Labor Relations Board, Washington, D. C., on the brief), for petitioner.

Edward F. Callan, New York City (Thomas J. Winans, and Putney, Twombly, Hall & Skidmore, New York City, on the brief), for respondent.

Before LUMBARD, Chief Judge, and HAYS and MARSHALL, Circuit Judges.

PER CURIAM:

In open court we grant enforcement of the Board's order reported at 144 NLRB No. 144 (1963).